| Date | Pleading Number | |
|---|---|---|
| 5/10/76 | 1. | MOTION & SUPPORTING BRIEF -- U. S. Equal Employment Opportunity Commission w/Schedule A of cases involved and Exhibits A thru O.  Also certificate of service on clerks and counsel involved. REQUESTED TRANSFEREE FORUM:  E.D. PENNSYLVANIA |
| 5/18/76 | | REQUEST FOR EXTENSION -- GRANTED to May 28, 1976 to GENERAL BUILDING CONTRACTORS ASSN., THE STEEL ERECTORS ASSN. OF METROPOLITAN PHILA AND REINFORCING STEEL CONTRACTORS ASSN. |
| 5/19/76 | | APPEARANCES -- Steven G. Wolschina for Local 399, Ironworkers Joint Apprenticeship Committee
Harold G. Stern for General Counsel, Ironwoerks Union
Alfred J. D'Angelo, Jr. for General Bldg. Contractors Assn., Steel Erectors Assn. of Metropolitan Philadelphia, and Reinforcing Steel Contractors Assn.
Harvey B. Rubenstein for Ironwoerks Local Union 451
Mary Ann Hagan for U. S. Equal Employment Opportunity Commn. |
| 5/20/76 | | APPEARANCES -- Harriet N. Katz for David King, et al.
Robert M. Abramson for Local 405, Benny Pino, Jr. and Ironworkers Joint Apprenticeship Committee
Louis H. Wilderman v. Inter'l Assn. of Bridge, Structural, Ornamental & Reinforcing Ironworkers and Ironwoerkers Joint Apprenticeship Committee |
| 5/24/76 | | HEARING ORDER -- Setting A-1 through A-4 for hearing June 25, 1976, Boston, Massachusetts |
| 5/24/76 | 2 | RESPONSE -- IRON WORKERS LOCAL UNION NO. 399 AND JOINT APPRENTICESHIP COMMITTEE w/cert. of service |
| 5/25/76 | 3 | RESPONSE -- IRONWORKERS LOCAL 451 w/cert. of service |
| 5/26/76 | 4 | RESPONSE -- DAVID KING, ET AL. BRIEF and cert. of service |
| 5/26/76 | | LETTER -- INTERNATIONAL ASSN. OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS AND THE IRONWORKERS JOINT APPRENTICESHIP COMMITTEE -- No objection to motion |
| 5/28/76 | 5 | INTERNATIONAL ASSN. OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS AND IRONWORKERS JOINT APPRENTICESHIP COMMITTEES RESPONSE  -- w/cert. of service |
| 6/1/76 | 6 | RESPONSE -- GENERAL BUILDING CONTRACTORS ASSN., STEEL ERECTORS ASSN OF METROPOLITAN PHILA, REINFORCING STEEL CONTRACTORS, W/BRIEF AND CERT. OF SERVICE |
| 6/7/76 | 7 | BRIEF -- EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 6/10/76 | | LETTER  -- PILCOP by Harriet Katz, Staff Attorney concurring in motion |
| 6/15/76 | | LETTER --  LOCAL 451 supplementing response number.  3 |
| 6/21/76 | 8 | SUPPLEMENTAL MEMORANDUM -- U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION w/exhibits and cert. of service |
| 6/24/76 | | LETTER -- FROM COUNSEL REPRESENTING DAVID KING, RONALD TAYLOR, CHARLES MEACHEM, MICHAEL JENNINGS, HERBERT SCOTT & HORACE BLEMAN AND MATT JOHNSON w/cert. of service |
| 7/8/76 | | LETTER -- Counsel for Ironworkers Local 451 |
| 7/20/76 | | LETTER w/attachment re boundaies of Ironworkers Local 451 (service made) |
| 12/10/76 | | ORDER -- TRANSFERRING A-3 & A-4 TO THE EASTERN DISTRICT OF PENNSYLVANIA TO  BE COORDINATED OR CONSOLIDATED WITH A-1 & A-2 FOR PRETRIAL PRECEEDINGS UNDER 28 U.S.C. §1407 BEFORE JUDGE HANNUM |
| 12/10/76 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE JOHN B. HANNUM TO HANDLE LITIGATION IN THE E. D. OF PENNSYLVANIA UNDER 28 U.S.C. §1407. |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 257 -- IN RE IRONWORKERS UNION EMPLOYMENT PRACTICES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 9/27/79 | | CONDITIONAL REMAND ORDER -- A-4 EEOC v. Local 451, Int'l Assoc. of Bridge, Structural, Ornamental and Reinforcing Ironworkers, et al., E.D.Pa., C.A.No. 76-3910 (D.Dela., 76-119) -- Notified involved counsel and judges. (ea) |
| 9/27/79 | | SUGGESTION FOR REMAND -- Judge John B. Hannum, dated 9/21/79 for A-4 captioned above. (ea) |
| 10/15/79 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-4 EEOC v. Local 451, etc., E.D.Pa. 76-3910 (D.Dela. 76-119). Notified involved clerks and judges. (ea) |
| 80/09/05 | | SUGGESTION FOR REMAND -- (A-3) -- dated August 26, 1980 from Judge John Hannum (emh) |
| 80/09/05 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-3 Equal Employ. Opport. Comm. v. Local 399, Intern'l Assoc. of Bridge, Structural, Ornamental & Reinforcing Ironworkers, et al., E.D.PA., C.A. No. 76-3911 (D. N.J., 76-0551) NOTIFIED COUNSEL AND JUDGE. (emh) |
| 80/09/23 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-3 Equal Employ. Opport. Comm. v. Local 399, Intern'l Assoc. of Bridge, Structural, Ornamental & Reinforcing Ironworkers, et al., E.D. Penn., C.A.No. 79-3911 (D. N.J., 76-0551) NOTIFIED CLERKS AND JUDGE. (emh) |

## Description of Litigation

### IN RE IRONWORKERS UNION EMPLOYMENT PRACTICES LITIGATION

**Summary of Panel Action**

Date(s) of Hearing(s) 5/25/76
Date(s) of Opinion(s) or Order(s) 12/10/76 _____ 9/23/80
Consolidation Ordered ✓   Name of Transferee Judge JOHN B. HANNUM
Consolidation Denied ___   Transferee District E.D. PENN.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | David King, et al. v. The International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers, et al. | E.D.Pa. Hannum | 75-3542 | | | 7/  /80 | |
| A-2 | Equal Employment Opportunity Commission v. Local 405, International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers, et al. | E.D.Pa. Hannum | 76-810 | | | /80 | |
| A-3 | Equal Employment Opportunity Commission v. Local 399, International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers, et al. | D. N.J. Gerry | 76-0551 | 12/10/76 | 76-3911 | 9/23/80R | |
| A-4 | Equal Employment Opportunity Commission v. Local 451, International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers, et al. CRD 9/21/79 | D. Dela. Stapleton | 76-119 | 12/10/76 | 76-3910 | | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 257 -- IN RE IRONWORKERS UNION EMPLOYMENT PRACTICES LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| DAVID KING, ET AL. (A-1)<br>Harriet N. Katz, Esquire<br>Public Interest Law Center of<br>   Philadelphia<br>1315 Walnut St., 16th Floor<br>Philadelphia, Pennsylvania  19107<br><br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION (A-2, A-3 & A-4)<br>Mary Ann Hagan, Esquire<br>Trial Attorney<br>Equal Employment Opportunity Commission<br>Philadelphia Regional Office of<br>   General Counsel<br>127 N. 4th St., Suite 200<br>Philadelphia, Pennsylvania  19106<br><br><br>LOCAL 405, INTER'L ASSN. OF BRIDGE,<br>   STRUCTURAL, ORNAMENTAL & REINFORCING<br>   IRONWORKERS<br>BENNY PINO, JR., BUSINESS AGENT FOR<br>   LOCAL 405<br>Robert M. Abramson, Esquire<br>Abrams and Abramson<br>Suite 105, 7848 Old York Road<br>Philadelphia, Pennsylvania  19117<br><br>LOCAL 451, INTER'L ASSN. OF BRIDGE,<br>   STRUCTURAL, ORNAMENTAL & REINFORCING<br>   IRONWORKERS<br>Harvey B. Rubenstein, Esquire<br>265 Delaware Trust Building<br>Wilmington, Delaware  19801 | GENERAL BUILDING CONTRACTORS ASSN.<br>STEEL ERECTORS ASSN. OF METROPOLITAN<br>   PHILADELPHIA<br>REINFORCING STEEL CONTRACTORS ASSN.<br>Alfred J. D'Angelo, Jr., Esquire<br>Cunniff, Bray & McAleese<br>One Bala Cynwyd, Suite 240<br>Bala Cynwyd, Pennsylvania  19004<br><br>INTER'L ASSN. OF BRIDGE, STRUCTURAL,<br>   ORNAMENTAL & REINFORCING IRONWORKERS<br>Louis H. Wilderman, Esquire<br>Meranze, Katz, Spear & Wilderman<br>12th Flr., Lewis Tower Building<br>15th & Locust Sts.<br>Philadelphia, Pennsylvania<br><br>GENERAL COUNSEL, INTER'L ASSN. OF<br>   BRIDGE, STRUCTURAL, ORNAMENTAL<br>   & REINFORCING IRONWORKERS<br>Harold Stern, Esquire<br>230 Park Avenue<br>New York, New York  10017<br><br>LOCAL 399, IRONWORKERS JOINT<br>   APPRENTICESHIP COMMITTEE<br>Steven B. Wolschina, Esquire<br>Brown, Connery, Kulp, Wille,<br>   Purnell & Greene<br>518 Parket Street<br>Post Office Box 1449<br>Camden, New Jersey  08101 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 257 -- IN RE IRONWORKERS UNION EMPLOYMENT PRACTICES LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| International Assn. of Bridge, Structural, Ornamental & Reinforcing Ironworkers | A-1; A-2; A-3; A-4 |
| Local 405, Ironworkers Union | A-1; A-2 |
| Benny Pino, Jr. | A-1 |
| General Building Contractors Assn. | A-1 |
| Ironworkers Joint Apprenticeship Committee | A-1; A-2; A-3 |
| Reinforcing Steel Contractors Assn. | A-2 |
| Local 399, Ironworkers Union | A-3 |
| Steel Erectors Assn. of Metropolitan Philadelphia | A-3 |
| LOCAL 451, IRONWORKERS UNION | A-4 |
| | |